**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**


**SHIRLEY HICKMAN, JR.**                                                                **PLAINTIFF**

**v.**                                                                                                    **No. 1:05CV331-P-D**

**TONY CARLTON, ET AL., ET AL.**                                                   **DEFENDANTS**


**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report

and Recommendation of the United States Magistrate Judge dated October 4, 2006, was on that

date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten

days have elapsed since service of the Report and Recommendation; and that no objection to the

Report and Recommendation has been filed or served by any party.  The court is of the opinion

that the magistrate judge's Report and Recommendation should be approved and adopted as the

opinion of the court.  It is, therefore **ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated

October 4, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the plaintiff's claims against defendants Lee County Board of Supervisors

and Sheriff Jim Johnson are hereby **DISMISSED.**

3.      That the plaintiff's claims against defendants Tony Carlton and Officer Chad

Tucker shall **PROCEED**.

THIS, the 8th day of November, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE